**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Antonio VENTURA–FUENTES,**
**Defendant–Appellant.**

No. 13–3784.

United States Court of Appeals,
Eighth Circuit.

Submitted: June 5, 2014.

Filed: June 10, 2014.

Chris Givens, Michael S. Gordon, U.S. Attorney's Office, Little Rock, AR, for Plaintiff–Appellee.

Lea Ellen Fowler, Lea Ellen Fowler Law Firm, North Little Rock, AR, for Defendant–Appellant.

Antonio Ventura–Fuentes, Mason, TN, pro se.

Before BYE, COLLOTON, and BENTON, Circuit Judges.

PER CURIAM.

Antonio Ventura–Fuentes directly appeals the downward-departure sentence

imposed by the district court[1] after he pleaded guilty to a drug offense. On appeal, counsel for Ventura–Fuentes seeks to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the sentence is unreasonable. Upon careful review, we conclude that Ventura–Fuentes's sentence is not unreasonable. *See United States v. Burns*, 577 F.3d 887, 894–896 (8th Cir.2009) (en banc) (appellate review of departure sentence). Having reviewed the record independently under *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no non-frivolous issues. Therefore, we grant counsel's motion to withdraw, and affirm.

---

1. The Honorable D.P. Marshall, Jr., United States District Judge for the Eastern District of Arkansas.